84,043-02

DEAN CLERK

would your office Please File
the REQUESTED Information

#608379
x Benjamin Jackson
x Benjamin J Jackson

APPeals court of
AUSTIN, TEXAS 78711
CAPITOL, STATION

From APPellent
EX PARTE
BENJAMIN JAMES JACKSON Prose
Clements unit #608379
9601 SPUR 591
Amarillo TX 79107

THE CAUSE Number
585013-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

Notice Request

To THE District Clerk of court
I AM Writing To this Here court To see
Have the HARRis county District clerk office
FORWARD to Your office on File in this Here
CAUSE NO: 585013-A in of From THE 338TH
District court A Writ of Heabus corpus 11:07
UNDER REVIEW of this court Would Your office
Please Return A Reply Date of its Filing

Thank You

Benjamin J Jackson #608379
Benjamin J Jackson